IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-21078
_____

In The Matter Of: HUNTSVILLE CHRYSLER
PRODUCTS INC,

                                    Debtor,

CAPITOL RESOURCE FUNDING INC,

                                    Appellant,

v.

CITIZENS BANK OF TEXAS, NA,

                                    Movant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-2148)
_____

November 4, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M.
GARZA, Circuit Judges.

PER CURIAM:[*]

     The Final Order on Appeal From Bankruptcy Court of the

district court affirming the Final Judgment and Order to Disperse

Funds Held in the Registry of the Court of the bankruptcy court

is affirmed for essentially the reasons given by the bankruptcy

court in its Order Regarding Cross-Motions for Summary Judgment

---

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

entered May 22, 1998 and the reasons given by the district court in its Opinion on Appeal From Bankruptcy Court entered November 4, 1998.

AFFIRMED.